**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-21-00351-CV**
**NO. 09-21-00352-CV**
**NO. 09-21-00353-CV**

_____

**RICHARD WESTMORELAND**
**D/B/A MADISON COUNTY BAIL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

_____

**On Appeal from the 252nd District Court**
**Jefferson County, Texas**
**Trial Cause Nos. 7708 (19-33335), 7709 (19-33335) and 7710 (19-33335)**

_____

**ORDER**

Richard Westmoreland d/b/a Madison County Bail filed a motion to abate these appeals to provide an opportunity for the parties to attempt to negotiate a settlement. The State did not object to Westmoreland's motion to abate.

It is, therefore, ordered that the motion to abate the appeal is granted. The appeal is abated until March 1, 2022. All appellate timetables are suspended while

1

the appeal is abated. The appeal will be reinstated without further order of this Court on March 1, 2022, unless the parties show good cause for continuing the abatement. If a settlement has been reached on or before that date, we instruct the parties to file a motion to reinstate and dispose of the appeal in accordance with their settlement agreement. All appellate timetables are suspended until the appeal is reinstated. If the appeal is reinstated without a settlement having been reached, the brief of the appellant will be due thirty days after the appeal is reinstated.

ORDER ENTERED January 27, 2022.

PER CURIAM

Before Kreger, Horton and Johnson, JJ.